# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MOHAMED MUSE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:16-cv-00086 |
| ) | Judge Trauger |
| METRO POLICE, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On August 3, 2018, the magistrate judge issued a Report and Recommendation (DE #21), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 41.01.

This Order constitutes the judgment in this case.

It is so **ORDERED**.

ENTER this 22nd day of August 2018.

_____
ALETA A. TRAUGER
U.S. District Judge